1 | Todd M. Friedman, Esq. (216752)
2 | LAW OFFICES OF TODD M. FRIEDMAN, P.C.
  | 369 S. DOHENY DR. #415
3 | BEVERLY HILLS, CA 90211
4 | 877 206-4741
  | 866 633-0228 facsimile
5 | tfriedman@AttorneysForConsumers.com
  | Attorney for Plaintiff
6

FILED
AUG 13 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
    DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ANNETTE HYDE, | ) Case No. 1:09-CV-01389-AWI-GSA |
|---|---|
| Plaintiff, | ) |
| | ) **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| vs. | ) |
| MARAUDER CORPORATION, | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the Eastern District Court of California, Plaintiff's Notice of Dismissal of Case Without Prejudice, a copy of which is herewith served upon Defendant.

**RESPECTFULLY SUBMITTED** this 12th day of August, 2009.

By: s/Todd M. Friedman
Todd M. Friedman
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
369 S. DOHENY DR. #415
BEVERLY HILLS, CA 90211
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

It is so Ordered. Dated: 8-13-09

_____
United States District Judge

Notice of Dismissal - 1